IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| Norman T. Dais, | ) | |
|---|---|---|
| Petitioner, | ) ) ) | Civil No.: 4:13-cv-02478-TLW |
| vs. | ) ) | Criminal No.: 4:03-cr-00386-TLW-1 |
| United States of America, | ) ) ) | |
| Respondent. | ) ) | |

## ORDER

Petitioner, Normal T. Dais ("Petitioner"), proceeding *pro se*, filed a motion to vacate or correct his sentence pursuant to 28 U.S.C. § 2255 on September 10, 2013. (Doc. #234). On October 8, 2013, the Petitioner filed a motion requesting that he be allowed to file an amended § 2255 petition raising an additional issue. (Doc. #238). Petitioner included the proposed § 2255 amendment to his Motion to Amend (Doc. #238). Shortly thereafter, on October 10, 2013, the Government filed a motion to dismiss the original § 2255 Petition. (Doc. #244). No response was filed opposing Petitioner's motion to amend.

After careful consideration and for good cause shown, **IT IS ORDERED** that the Petitioner's motion for leave to amend (Doc. #238) be, and hereby is, **GRANTED**.

The Clerk is hereby directed to incorporate the Petitioner's amendment (Doc. #238) into his original § 2255 motion (Doc. #234), and to file the amended petition as a separate docket entry. The Government shall have thirty (30) days from the date of entry of this Order to respond to the amended § 2255 Petition.

**IT IS SO ORDERED.**

s/ Terry L. Wooten
Terry L. Wooten
Chief United States District Judge

November 18, 2013
Columbia, South Carolina